UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Belzeta Phillips, CIVIL FILE NO. 00-1516 ADM/SRN

Plaintiff,

v.

Child Garden Montessori,

Defendant.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: June 30, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

Filed JUN 30 2000
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________